# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |

| | |
|---|---|
| Case No: | 25-cr-251(7) (KMM/SGE) |
| Date: | 6/22/2026 |
| Court Reporter: | Leslie Ruiz |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 9:30 a.m./10:14 a.m. |
| | 10:35 a.m./10:55 a.m. |
| Time Concluded: | 10:55 a.m. |
| Time in Court: | 1 Hour & 4 Minutes |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BOBBY NOLAN (7),

    Defendant.

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Jeanne Semivan, Special Assistant United States Attorney
   For Defendant:   Matthew Mankey X CJA

PROCEEDINGS:

X **ARRAIGNMENT ON SUPERSEDING INDICTMENT**
   X **Reading of Superseding Indictment Waived**
   X **Not Guilty Plea Entered as to counts 1s, 13s, 14, and 16.**

X **CHANGE OF PLEA HEARING**
   X **PLEA:**
     X **Guilty as to Count 2 of the Superseding Indictment; Government will move to dismiss remaining counts at sentencing.**

X Presentence Investigation and Report requested.

X Defendant remains out of custody on the same conditions previously set.

                        s/*AJS*
                    Courtroom Deputy